Sydney O. Burden, Esq. (IN #35503-49)
(Admitted *Pro Hac Vice*)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  (317) 363-2400, Ext. 117
Fax: (317) 363-2257
E-Mail:  sburden@schuckitlaw.com

*Counsel for Defendant Trans Union, LLC*

Nicholas Ranallo, Esq.  (WSBA 51439)
Attorney at Law
5058 57th Avenue South
Seattle, WA  98118
Telephone:  (831) 607-9299
E-Mail:  nick@ranallolawoffice.com

*Local Counsel for Defendant Trans Union, LLC*

Judge Benjamin H. Settle

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON (TACOMA)

| | |
|---|---|
| SAHRA AUBE,<br>    Plaintiff,<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION, LLC; and HYUNDAI CAPITAL AMERICA INC. a/k/a HYUNDAI MOTOR FINANCE;<br>    Defendants. | CASE NO. 3:22-cv-05165-BHS<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT TRANS UNION, LLC** |

Plaintiff Sahra Aube ("Plaintiff"), by counsel, and Defendant Trans Union, LLC ("Trans Union"), by counsel, hereby stipulate and agree that all matters herein between them have been compromised and settled, and that Plaintiff's cause against Trans Union only should be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE - 1**
(3:22-cv-05165-BHS)

SCHUCKIT & ASSOCIATES, P.C.
4545 NORTHWESTERN DRIVE
ZIONSVILLE, IN  46077
TELEPHONE:  (317) 363-2400
FAX:  (317) 363-2257

Respectfully submitted,

*/s/ Eliyahu Babad (with consent)*
Eliyahu Babad, Esq.
Stein Saks, PLLC
One University Plaza, Suite 620
Hackensack, NJ 07601
Telephone: (201) 282-6500, Ext. 121
E-Mail: ebabad@steinsakslegal.com

Michael C. Brubaker, Esq.
Brubaker Law Group PLLC
14506 NE 184th Place
Woodinville, WA 98072
Telephone: (206) 335-8746
E-Mail: michael@brubakerlawgroup.com

*Counsel for Plaintiff Sahra Aube*

*/s/ Sydney O. Burden*
Sydney O. Burden, Esq.
  (admitted *Pro Hac Vice*)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  (317) 363-2400
Fax:  (317) 363-2257
E-Mail: sburden@schuckitlaw.com

Nicholas Ranallo, Esq.  (WSBA 51439)
Attorney at Law
5058 57th Avenue South
Seattle, WA  98118
Telephone:  (831) 607-9299
E-Mail:  nick@ranallolawoffice.com

*Counsel for Defendant Trans Union, LLC*

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE - 2**
(3:22-cv-05165-BHS)

SCHUCKIT & ASSOCIATES, P.C.
4545 NORTHWESTERN DRIVE
ZIONSVILLE, IN  46077
TELEPHONE:  (317) 363-2400
FAX:  (317) 363-2257

IT IS SO ORDERED.

Dated this 3rd day of January, 2023.

_____
Benjamin H. Settle
United States District Judge

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE - 3**
(3:22-cv-05165-BHS)

SCHUCKIT & ASSOCIATES, P.C.
4545 NORTHWESTERN DRIVE
ZIONSVILLE, IN 46077
TELEPHONE: (317) 363-2400
FAX: (317) 363-2257

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing has been filed electronically on the **29th day of December, 2022**. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic filing.

| | |
|---|---|
| Eliyahu Babad, Esq.<br>ebabad@steinsakslegal.com | Michael C. Brubaker, Esq.<br>michael@brubakerlawgroup.com |
| Jeffrey M. Edelson, Esq.<br>jeffedelson@markowitzherbold.com | Angela M. Taylor, Esq.<br>angelataylor@jonesday.com |
| Sara J. Wadsworth, Esq.<br>Sara.wadsworth@stoel.com | Garrett S. Garfield, Esq.<br>Garrett.garfield@hklaw.com |

The undersigned further certifies that a true copy of the foregoing was served on the following parties via First Class, U.S. Mail, postage prepaid, on the **29th day of December, 2022**, properly addressed as follows:

| | |
|---|---|
| None. | |

                                        */s/ Sydney O. Burden*
                                        Sydney O. Burden, Esq.
                                           (Admitted *Pro Hac Vice*)

                                        *Lead Counsel for Defendant Trans Union, LLC*

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE - 4**
(**3:22-cv-05165-BHS**)

SCHUCKIT & ASSOCIATES, P.C.
4545 NORTHWESTERN DRIVE
ZIONSVILLE, IN  46077
TELEPHONE: (317) 363-2400
FAX: (317) 363-2257