Eliyahu Babad	Judge Benjamin H. Settle
(Admitted *Pro Hac Vice*)
Stein Saks, PLLC
One University Plaza
Hackensack, NJ 07601
Telephone: (201) 282-6500
E-Mail: ebabad@steinsakslegal.com

*Counsel for Sahra Aube*

Michael Clark Brubaker
Brubaker Law Group PLLC
14506 Ne 184th Place
Woodinville, WA 98072
Telephone: (206) 335-8746
E-Mail: michael@brubakerlawgroup.com

*Local Counsel for Sahra Aube*

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON (TACOMA)

| | |
|---|---|
| SAHRA AUBE,<br>     Plaintiff,<br><br>   vs.<br><br>EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION, LLC; and HYUNDAI CAPITAL AMERICA INC. a/k/a HYUNDAI MOTOR FINANCE;<br>     Defendants. | CASE NO. 3:22-cv-05165-BHS<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.** |

Plaintiff Sahra Aube ("Plaintiff"), by counsel, and Defendant Experian Information Solutions, Inc., by counsel, hereby stipulate and agree that all matters herein between them have been compromised and settled, and that Plaintiff's cause against Experian Information Solutions, Inc. only should be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

Respectfully submitted,


*s/Eliyahu Babad*
Eliyahu Babad, Esq.
Stein Saks, PLLC
One University Plaza, Suite 620
Hackensack, NJ 07601
Telephone: (201) 282-6500, Ext. 121
E-Mail: ebabad@steinsakslegal.com


Michael C. Brubaker, Esq.
Brubaker Law Group PLLC
14506 NE 184th Place
Woodinville, WA 98072
Telephone: (206) 335-8746
E-Mail: michael@brubakerlawgroup.com

*Counsel for Plaintiff Sahra Aube*


*s/Angela M. Taylor*
Angela M. Taylor
Jones Day
3161 Michelson Drive Ste 800
Irvine, CA 92612
Telephone: (949) 851-3939
E-Mail: angelataylor@jonesday.com

*Counsel for Defendant Experian Information Solutions, Inc.*

1 | IT IS SO ORDERED.

2 | Dated this 11th day of May, 2023.

_____
Benjamin H. Settle
United States District Judge

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been filed electronically on the _____ **day of** _____, **2023**. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic filing.

| | |
|---|---|
| Eliyahu Babad, Esq.<br>ebabad@steinsakslegal.com | Michael C. Brubaker, Esq.<br>michael@brubakerlawgroup.com |
| Jeffrey M. Edelson, Esq.<br>jeffedelson@markowitzherbold.com | Angela M. Taylor, Esq.<br>angelataylor@jonesday.com |
| Sara J. Wadsworth, Esq.<br>Sara.wadsworth@stoel.com | Garrett S. Garfield, Esq.<br>Garrett.garfield@hklaw.com |