Eliyahu Babad					Judge Benjamin H. Settle
(Admitted *Pro Hac Vice*)
Stein Saks, PLLC
One University Plaza
Hackensack, NJ 07601
Telephone:  (201) 282-6500
E-Mail:  ebabad@steinsakslegal.com

*Counsel for Sahra Aube*

Michael Clark Brubaker
Brubaker Law Group PLLC
14506 Ne 184th Place
Woodinville, WA  98072
Telephone:  (206) 335-8746
E-Mail:  michael@brubakerlawgroup.com

*Local Counsel for Sahra Aube*

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON (TACOMA)

| | |
|---|---|
| SAHRA AUBE,<br>    Plaintiff,<br><br>  vs.<br><br>EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION, LLC; and HYUNDAI CAPITAL AMERICA INC. a/k/a HYUNDAI MOTOR FINANCE;<br>    Defendants. | CASE NO. 3:22-cv-05165-BHS<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT EQUIFAX INFORMATION SERVICES, LLC** |

    Plaintiff Sahra Aube ("Plaintiff"), by counsel, and Defendant Equifax Information Services, LLC, by counsel, hereby stipulate and agree that all matters herein between them have been compromised and settled, and that Plaintiff's cause against Equifax Information Services, LLC only should be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Respectfully submitted,

*s/Eliyahu Babad*
Eliyahu Babad, Esq.
Stein Saks, PLLC
One University Plaza, Suite 620
Hackensack, NJ 07601
Telephone: (201) 282-6500, Ext. 121
E-Mail: ebabad@steinsakslegal.com


Michael C. Brubaker, Esq.
Brubaker Law Group PLLC
14506 NE 184th Place
Woodinville, WA 98072
Telephone: (206) 335-8746
E-Mail: michael@brubakerlawgroup.com

*Counsel for Plaintiff Sahra Aube*


*s/Jeffrey M. Edelson*
Jeffrey M. Edelson
Markowitz Herbold PC
1455 SW Broadway Suite 1900
Portland OR 97201
Telephone:  (503) 295-3085
E-Mail: jeffedelson@markowitzherbold.com

*Counsel for Defendant Equifax Information Services, LLC*

IT IS SO ORDERED.

Dated this 25th day of May, 2023.

_____
Benjamin H. Settle
United States District Judge

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing has been filed electronically on the _____ **day of** _____**, 2023**.  Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's electronic filing.

| | |
|---|---|
| Eliyahu Babad, Esq.<br>ebabad@steinsakslegal.com | Michael C. Brubaker, Esq.<br>michael@brubakerlawgroup.com |
| Jeffrey M. Edelson, Esq.<br>jeffedelson@markowitzherbold.com | Angela M. Taylor, Esq.<br>angelataylor@jonesday.com |
| Sara J. Wadsworth, Esq.<br>Sara.wadsworth@stoel.com | Garrett S. Garfield, Esq.<br>Garrett.garfield@hklaw.com |